# First District Court of Appeal
## State of Florida

_____

No. 1D2025-0556
_____

Rumariya Armoni Union,

Appellant,

v.

State of Florida,

Appellee.

_____

On appeal from the Circuit Court for Escambia County.
Amy P. Broderson, Judge.

November 17, 2025

Per Curiam.

Affirmed.

Osterhaus, C.J., and Rowe and Nordby, JJ., concur.

_____

***Not final until disposition of any timely and
authorized motion under Fla. R. App. P. 9.330 or
9.331.***

_____

Jessica J. Yeary, Public Defender, and Lori A. Willner, Assistant Public Defender, Tallahassee, for Appellant.

James Uthmeier, Attorney General, Tallahassee, for Appellee.